USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

BANCO SAFRA S.A.-CAYMAN ISLANDS BRANCH, Individually and on behalf of All Others Similarly Situated,

Plaintiff,

-against-

SAMARCO MINERACAO S.A., BHP BILLITON LIMITED, BHP BILLITON PLC, BHP MILLITON BRASIL LTDA., and VALE S.A.,

Defendants.

-----------------------------------------------------------X

16 **CIVIL** 8800 (RMB)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 18, 2019, Defendants' motion to dismiss is granted with prejudice. Plaintiff's state claims are dismissed without prejudice to their being filed in state court; accordingly, the case is closed.

**Dated:** New York, New York
June 26, 2019

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**